# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

DI JUAN JACKSON

    V.                                        CIVIL ACTION NO. 06-10066-RGS

MICHAEL A. THOMPSON, ET AL

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                                   **MARCH 22, 2007**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE ISSUED ON MARCH 21, 2007,

IT IS HEREBY ORDERED:    THE PETITION IS DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                            RICHARD G. STEARNS
                                                            UNITED STATES DISTRICT JUDGE

                **BY:**

                                    /s/ Mary H. Johnson
                                    _____
                                    **Deputy Clerk**